IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL  NO. H-14-002 |
| GREGORIO PATINO-MALDONADO | § § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 19). The motion for continuance is GRANTED.  The sentencing hearing is reset to **June 4, 2014 at 9:00 a.m.**

SIGNED on April 22, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge